No. 642. FIDELITY-PHENIX FIRE INS. CO. ET AL. *v.* CORTEZ CIGAR CO.; and

No. 650. CORTEZ CIGAR CO. *v.* FIDELITY-PHENIX FIRE INS. CO. ET AL. January 31, 1938. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Dan MacDougald* and *Anton P. Wright* for petitioners in No. 642, and respondents in No. 650. *Messrs. A. R. Lawton, Jr.* and *T. M. Cunningham* for the Cortez Cigar Co. Reported below: 92 F. 2d 882.

No. 644. ISACKSON *v.* SCHOOL DISTRICT No. 37. January 31, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John Lichty* for petitioner. *Mr. K. C. Tanner* for respondent.

No. 648. GOLDBERG *v.* McCAULEY, WARDEN. January 31, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Samuel B. Bassett* for petitioner. No appearance for respondent.

No. 656. LOGAN, TRUSTEE IN BANKRUPTCY, *v.* STANOLIND OIL & GAS CO. ET AL. January 31, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John T. Pearson* for petitioner. No appearance for respondents.

No. 661. COCHRANE *v.* UNITED STATES; and

No. 662. FELLOWS *v.* UNITED STATES. January 31, 1938. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs.*